IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

NACCO MATERIALS HANDLING
GROUP, INC., d/b/a YALE MATERIALS
HANDLING CORPORATION and
NMHG OREGON, INC.,

    Plaintiffs,

v.                                                         No. 05-2165- MI V

THE LILLY COMPANY and
MID-SOUTH LIFT TRUCKS, INC.,

    Defendants.

---

### [PROPOSED] RULE 16(b) SCHEDULING ORDER

---

Pursuant to the Notice of Setting dated May 4, 2005, and the Report of Parties' Planning Meeting submitted to the Court pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the following dates are hereby established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**     June 10, 2005

**JOINING PARTIES:**

        for Plaintiff:          July 19, 2005
        for Defendant:       July 19, 2005

**AMENDING PLEADINGS:**

        for Plaintiff:          July 19, 2005
        for Defendant:       July 19, 2005


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05

| | |
|---|---|
| **INITIAL MOTIONS TO DISMISS:** | **August 19, 2005** |
| **COMPLETING ALL DISCOVERY:** | **February 6, 2006** |
| (a) **DOCUMENT PRODUCTION:** | **February 6, 2006** |
| (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** | **February 6, 2006** |
| (c) **EXPERT WITNESS DISCLOSURE (Rule 26):** | |
| (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** | **November 21, 2005** |
| (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** | **December 21, 2005** |
| (3) **EXPERT WITNESS DEPOSITIONS:** | **February 6, 2006** |
| **FILING DISPOSITIVE MOTIONS:** | **March 3, 2006** |

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 3-5 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*[signature]*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: May 17, 2005

K:\JAB\Pleadings\Lilly\proposed sched order.doc

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02165 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael J. Lockerby
HUTTON & WILLIAMS, LLP
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

M. Christine Klein
HUNTON & WILLIAMS
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT