IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NACCO MATERIALS HANDLING GROUP, INC., d/b/a YALE MATERIALS HANDLING CORPORATION AND NMHG OREGON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE LILLY COMPANY AND MID SOUTH LIFT TRUCKS, <br><br> Defendants. | No. 05-2165 Ml/V |

## ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge J. Daniel Breen for potential consolidation with <u>Nacco Materials Handling Group, Inc. d/b/a Yale Materials Handling Corporation v. Toyota Materials Handling USA Inc., and the Lilly Company</u>, No. 2:03cv2561.

So ORDERED this 8 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02165 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

M. Christine Klein
HUNTON & WILLIAMS
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Michael J. Lockerby
HUTTON & WILLIAMS, LLP
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT