IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

NACCO MATERIALS HANDLING
GROUP, INC., d/b/a YALE MATERIALS
HANDLING CORPORATION and
NMHG OREGON, INC.,

    Plaintiffs,

v.                                                                                  No. 05-2165- MI V

THE LILLY COMPANY and
MID-SOUTH LIFT TRUCKS, INC.,

    Defendants.

## ORDER

AND NOW, upon review of Defendants' Motion for Leave to File Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, IT IS ORDERED that Defendants are GRANTED leave to file the Reply attached as Exhibit A to Defendants' Motion. Defendants' Reply, submitted with Defendants' Motion for Leave, shall be deemed filed as of the date of this Order.

ENTERED this 17th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-17-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02165 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

M. Christine Klein
HUNTON & WILLIAMS
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Michael J. Lockerby
HUTTON & WILLIAMS, LLP
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT