IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 30 PM 1:50

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| NACCO MATERIALS HANDLING GROUP, INC., d/b/a YALE MATERIALS HANDLING CORPORATION and NMHG OREGON, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE LILLY COMPANY and MID-SOUTH LIFT TRUCKS, INC.<br><br>Defendants. | No. 05-2165-MI-V |

## AMENDED RULE 16(B) SCHEDULING ORDER

Pursuant to the Unopposed Motion to Amend the Scheduling Order in this case, the deadline for completing all discovery is hereby extended to June 5, 2006, and the deadline for filing dispositive motions is extended to July 3, 2006.

It is so ORDERED.

ENTER this ___30th___ day of ___December___, 2005.

Diane K. Vescovo
U. S. ~~District Judge~~ Magistrate Judge

527904.1
12/22/2005 9:35 AM

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __12-30-05__

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02165 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

M. Christine Klein
HUNTON & WILLIAMS
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael J. Lockerby
HUTTON & WILLIAMS, LLP
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT